Mark A. Pottinger
Kathleen Byrne
TREECE ALFREY MUSAT P.C.
999 18th Street, Suite 1600
Denver, CO  80202
Telephone: (303) 292-2700
Facsimile: (303) 295-0414
Email: mpottinger@tamlegal.com
Pro Hac Vice

Judith A. Studer, Wyoming Bar No.
Rick L. Koehmstedt, Wyoming Bar No. 6-3101
SCHWARTZ, BON, WALKER, & STUDER, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601-2588
Telephone:  (307) 235-6681
Facsimile:  (307) 234-5099

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

THE ESTATE OF LUKE BUCKLIN
by Gay Woodhouse, Wrongful Death
Representative,

       Plaintiff,                                        Case No. 12-CV-232-J

vs.

SERCO INC.,  a foreign corporation,

       Defendant.

## JOINT REPORT OF THE PARTIES

The parties, by and through their respective undersigned counsel, submit this joint status report to the Court:

At the Telephonic Status /Scheduling Conference held with the Court on February 22, 2013, the parties were instructed to file a joint status report on or before May 17, 2013.

Since the date of the Telephonic Status /Scheduling Conference, a second case has been filed in the Federal District Court for the District of Wyoming arising from the same facts. That case, styled Michelle Bucklin, as personal representative of the deceased persons, Nicholas Bucklin, Nathaniel Jeremy Bucklin and Noah Christopher Bucklin v. Serco Inc. ("Serco"), has been assigned case number 13-CV-52-J. The second matter relates to the wrongful death claims of the minor children passengers on board the subject aircraft at the time of the accident and will be referred to herein as the "Minor Children's Case."

While the statutorily required time periods have not yet run to name the United States as defendant in the Minor Children's Case, the United States and Serco, Inc. have agreed to participate in early mediation of that matter. That mediation is scheduled to occur before the Hon. James M. Rosenbaum (Ret., D. Minn.) The mediation is scheduled for May 22, 2013 in Minneapolis.

Likewise, the United States and Serco have agreed to the concept of early mediation in the instant case. Plaintiff's counsel, counsel for the United States, and counsel for Serco are in the process of selecting a mediator and a date for mediation of the present case. The parties are targeting a date in mid to late June for the mediation, which will likely occur in Minneapolis.

The parties jointly request that the Court allow them until July 16, 2013, to report to the Court the status of this and the Minor Children's Case. At that time there will likely be clarity as

to what, if any, parties have settled, and as to whether and to what extent consolidation of any remaining claims might makes sense.

Respectfully submitted this 15th day of May, 2013.

*s/ Mark A. Pottinger*

_____

Mark A. Pottinger
Kathleen M. Byrne
Treece Alfrey Musat P.C.
999 18th Street, #1600
Denver, Colorado 80202

and

Judith Studer
Rick L. Koehmstedt
SCHWARTZ, BON, WALKER, & STUDER, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601-2588
*Counsel for Defendant Serco Inc.*


*s/ Mark Hallberg*

_____

Mark Hallberg
Hallberg & McClain, P.A.
380 St. Peter Street, Suite 715
St. Paul, MN  55102
*mhallberg@hallberglaw.com*

and

James E. Fitzgerald
The Fitzgerald Law Firm
2108 Warren Avenue
Cheyenne, WY  82001-3710
*jim@fitzgeraldlaw.com*
*Counsel for Plaintiff*