Mark A. Pottinger
Kathleen Byrne
TREECE ALFREY MUSAT P.C.
999 18th Street, Suite 1600
Denver, CO  80202
Telephone: (303) 292-2700
Facsimile: (303) 295-0414
Email: mpottinger@tamlegal.com
Pro Hac Vice Application Pending

Judith Studer
Rick L. Koehmstedt
SCHWARTZ, BON, WALKER, & STUDER, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601-2588
Telephone:  (307) 235-6681
Facsimile:  (307) 234-5099

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

THE ESTATE OF LUKE BUCKLIN, by Gay Woodhouse,
Wrongful Death Representative,

        Plaintiffs,

vs.                                                                                          Civil No. 12-CV-232-J

SERCO INC.,  a foreign corporation,

        Defendant.

---

**JOINT REPORT OF THE PARTIES**

---

The parties, by and through their respective undersigned counsel, submit this joint status report to the Court:

The parties to the above captioned case have participated in mediation, along with the United States of America.  The mediation was successful.  The tentative agreement with the

1

United States is currently in the process of being approved by the appropriate government offices and settlement documents are in the process of being drafted.  Approval of the allocation of settlement proceeds to beneficiaries will be submitted to either a state court in Minnesota or the U.S. District Court in Wyoming.  Once documents are executed, court approvals are received, and funds are transferred, the parties anticipate the filing of a stipulated or unopposed dismissal with prejudice.  The parties suggest the Court enter an order that dismissal documents or a further joint report be filed with the Court on or before September 6, 2013.

      Respectfully submitted this 1st day of August, 2013.

*s/ Mark A. Pottinger*

Mark A. Pottinger
Kathleen M. Byrne
Treece Alfrey Musat P.C.
999 18th Street, #1600
Denver, Colorado 80202

and

Judith Studer
Rick L. Koehmstedt
SCHWARTZ, BON, WALKER, & STUDER, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601-2588
*Counsel for Defendant Serco Inc.*

*s/ Mark Hallberg*
_____

Mark Hallberg
HALLBERG & McCLAIN, PA
380 St. Peter Street, Suite 715
St. Paul, Minnesota 55102

and

James E. Fitzgerald
The Fitzgerald Law Firm
2108 Warren Avenue
Cheyenne, Wyoming 82001-3710
*Counsel for Plaintiff*