Mark A. Pottinger
Kathleen Byrne
TREECE ALFREY MUSAT P.C.
999 18th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 292-2700
Facsimile: (303) 295-0414
Email: mpottinger@tamlegal.com
Pro Hac Vice Application Pending

Judith Studer
Rick L. Koehmstedt
SCHWARTZ, BON, WALKER, & STUDER, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601-2588
Telephone: (307) 235-6681
Facsimile: (307) 234-5099

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

THE ESTATE OF LUKE BUCKLIN, by Gay Woodhouse,
Wrongful Death Representative,

        Plaintiffs,
vs.                                                               Civil No. 12-CV-232-J

SERCO INC., a foreign corporation,

        Defendant.

---

**SECOND JOINT REPORT OF THE PARTIES**

---

The parties, by and through their respective undersigned counsel, submit this second joint status report to the Court:

Settlement continues to move forward in this case. Settlement documents have been signed. Approval of the allocation of proceeds to beneficiaries, which includes at least one

1

minor child, is being sought in state court in Wyoming. Once court approval is received and funds are transferred, the parties anticipate the filing of a stipulated or unopposed dismissal with prejudice. The parties suggest the Court enter an order that dismissal documents or a further joint report be filed with the Court on or before October 11, 2013.

Respectfully submitted this 6th day of September, 2013.

*s/ Kathleen M. Byrne*
_____
Mark A. Pottinger
Kathleen M. Byrne
Treece Alfrey Musat P.C.
999 18th Street, #1600
Denver, Colorado 80202

and

Judith Studer
Rick L. Koehmstedt
SCHWARTZ, BON, WALKER, & STUDER, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601-2588
*Counsel for Defendant Serco Inc.*

*s/ Mark Hallberg*
_____
Mark Hallberg
HALLBERG & McCLAIN, PA
380 St. Peter Street, Suite 715
St. Paul, Minnesota 55102

and

James E. Fitzgerald
The Fitzgerald Law Firm
2108 Warren Avenue
Cheyenne, Wyoming 82001-3710
*Counsel for Plaintiff*