Mark Hallberg (Minn. ID 39639)
HALLBERG & McCLAIN, P.A.
380 St. Peter Street, Suite 715
St. Paul, MN 55102
Telephone: 651-255-6810
Facsimile: 6561-255-6820
Email: mhallberg@hallberglaw.com

James E. Fitzgerald (5-1469)
THE FITZGERALD LAW FIRM
2108 Warren Avenue
Cheyenne, WY 82001-3710
Telephone: (307) 634-4000
Facsimile: (307) 635-2391
Email: jim@fitzgeraldlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

THE ESTATE OF LUKE BUCKLIN
by Gay Woodhouse, Wrongful Death
Representative,

    Plaintiff,

vs.                               Civil Action No. 12-CV-232-J

SERCO INC., a foreign corporation,

    Defendant.

## THIRD JOINT STATUS REPORT OF THE PARTIES

The parties, by and through the respective undersigned counsel, submit this Third Joint Status Report to the Court:

The finalization of the global settlement remains in process. Settlement documents have been signed by some of the parties. However, the shutdown of the federal government prevents the attorney for the Department of Justice from completing

the settlement documents and submitting the documents for approval and payment. Therefore, the matter remains on hold. A Stipulation of Dismissal will be circulated when the Department of Justice attorney is available to participate. The parties suggest that the Court require an additional Joint Report on or before November 11, 2013.

Dated this 10th day of October, 2013.

Respectfully submitted by:

s/Mark Hallberg
Mark Hallberg (MN ID 39639) (Pro Hac Vice)
HALLBERG & McCLAIN, P.A.
380 St. Peter Street, Suite 715
St. Paul, MN 55102
Telephone: 651-255-6810
Facsimile: 6561-255-6820
Email: mhallberg@hallberglaw.com

and

James E. Fitzgerald (5-1469)
THE FITZGERALD LAW FIRM
2108 Warren Avenue
Cheyenne, WY 82001-3710
Telephone: (307) 634-4000
Facsimile: (307) 635-2391
Email: jim@fitzgeraldlaw.com
*Counsel for Plaintiff*

s/Kathleen M. Byrne
Kathleen M. Byrne (Pro Hac Vice)
TREECE ALFREY MUSAT PC
999 18th Street, #1600
Denver, CO 80202
Telephone: (303) 292-2700
Facsimile: (303) 295-0414
Email: kbyrne@tamlegal.com

and

Judith A. Studer (5-2174)
SCHWARTZ, BON, WALKER & STUDER, LLC
141 S. Center St., Ste. 500
Casper, WY 82601
Telephone: (307) 235-6681
Facsimile: (307) 234-5099
Email: jstuder@schwartzbon.com
*Counsel for Defendant*