Mark A. Pottinger
Kathleen Byrne
TREECE ALFREY MUSAT P.C.
999 18th Street, Suite 1600
Denver, CO 80202
Telephone: (303) 292-2700
Facsimile: (303) 295-0414
Email: mpottinger@tamlegal.com
Pro Hac Vice Application Pending

Judith Studer
Rick L. Koehmstedt
SCHWARTZ, BON, WALKER, & STUDER, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601-2588
Telephone: (307) 235-6681
Facsimile: (307) 234-5099

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

THE ESTATE OF LUKE BUCKLIN, by Gay Woodhouse,
Wrongful Death Representative,

        Plaintiffs,
vs.                                                 Civil No. 12-CV-232-J

SERCO INC., a foreign corporation,

        Defendant.

---

**FINAL JOINT STATUS REPORT**

---

       The parties, by and through their respective undersigned counsel, submit this Final Joint Status Report to the Court. The parties have reached a settlement agreement, the necessary court approval has been obtained, and the settlement amount has been paid as agreed. The parties are filing contemporaneously a Stipulated Motion for Dismissal with Prejudice.

1

Respectfully submitted this 6th day of November, 2013.

*s/ Kathleen M. Byrne*
_____
Mark A. Pottinger
Kathleen M. Byrne
Treece Alfrey Musat P.C.
999 18th Street, #1600
Denver, Colorado 80202

and

Judith Studer
Rick L. Koehmstedt
SCHWARTZ, BON, WALKER, & STUDER, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601-2588
*Counsel for Defendant Serco Inc.*

*s/ Mark Hallberg*
_____
Mark Hallberg
HALLBERG & McCLAIN, PA
380 St. Peter Street, Suite 715
St. Paul, Minnesota 55102

and

James E. Fitzgerald
The Fitzgerald Law Firm
2108 Warren Avenue
Cheyenne, Wyoming 82001-3710
*Counsel for Plaintiff*