Mark A. Pottinger
Kathleen Byrne
TREECE ALFREY MUSAT P.C.
999 18th Street, Suite 1600
Denver, CO  80202
Telephone: (303) 292-2700
Facsimile: (303) 295-0414
Email: mpottinger@tamlegal.com
Pro Hac Vice Application Pending

Judith Studer
Rick L. Koehmstedt
SCHWARTZ, BON, WALKER, & STUDER, LLC
141 South Center Street, Suite 500
Casper, Wyoming 82601-2588
Telephone:  (307) 235-6681
Facsimile:   (307) 234-5099

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

THE ESTATE OF LUKE BUCKLIN, by Gay Woodhouse,
Wrongful Death Representative,

       Plaintiffs,

vs.                                     Civil No. 12-CV-232-J

SERCO INC.,  a foreign corporation,

       Defendant.

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Defendant, Serco. Inc., by and through counsel, and with the agreement of Plaintiffs, to this Stipulated Motion for Dismissal with Prejudice, hereby requests that this Court DISMISS this case with prejudice.  The parties have reached a settlement agreement, the necessary court approval has been obtained, and the settlement amount has been paid as agreed.

Respectfully submitted this 6th day of November, 2013.

        *s/ Kathleen M. Byrne*
        _____
        Mark A. Pottinger
        Kathleen M. Byrne
        Treece Alfrey Musat P.C.
        999 18th Street, #1600
        Denver, Colorado 80202

        and

        Judith Studer
        Rick L. Koehmstedt
        SCHWARTZ, BON, WALKER, & STUDER, LLC
        141 South Center Street, Suite 500
        Casper, Wyoming 82601-2588
        *Counsel for Defendant Serco Inc.*

        *s/ Mark Hallberg*
        _____
        Mark Hallberg
        HALLBERG & McCLAIN, PA
        380 St. Peter Street, Suite 715
        St. Paul, Minnesota 55102

        and

        James E. Fitzgerald
        The Fitzgerald Law Firm
        2108 Warren Avenue
        Cheyenne, Wyoming 82001-3710
        *Counsel for Plaintiff*