**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

THE ESTATE OF LUKE BUCKLIN, by Gay Woodhouse,
Wrongful Death Representative,

        Plaintiffs,

vs.                                                          Civil No. 12-CV-232-J

SERCO INC., a foreign corporation,

        Defendant.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The Court, having reviewed the parties' Stipulated Motion for Dismissal with Prejudice, and being otherwise informed in the premises, hereby GRANTS said stipulated motion.

This matter is hereby DISMISSED WITH PREJUDICE, the parties to pay their own costs.

Dated this ___ day of November, 2013.

                                                            _____
                                                            Judge