FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2013 NOV 7 PM 1 38

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

THE ESTATE OF LUKE BUCKLIN, by Gay Woodhouse,
Wrongful Death Representative,

        Plaintiffs,

vs.                                  Civil No. 12-CV-232-J

SERCO INC., a foreign corporation,

        Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulated Motion for Dismissal with Prejudice, and being otherwise informed in the premises, hereby GRANTS said stipulated motion.

This matter is hereby DISMISSED WITH PREJUDICE, the parties to pay their own costs.

Dated this 7th day of November, 2013.

                                                _____
                                                Judge